UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PATRICK JAMES                                                   CIVIL ACTION

VERSUS                                                          NO. 16-8720

SANDY MCCAIN, WARDEN                                            SECTION "N"(2)

# O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection (Rec. Doc. 14) filed by the petitioner to the Magistrate Judge's Report and Recommendation (Rec. Doc. 13), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly, **IT IS ORDERED** that the petition of Patrick James for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 14th day of May 2018.

UNITED STATES DISTRICT JUDGE